# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL TYRONE BULL,<br><br>　　　　Petitioner,<br>v.<br>DR. JEFFREY BEARD, Warden,<br><br>　　　　Respondent. | Case No.: 13-CV-00592 - AJB -WVG<br><br>ORDER:<br><br>(1) ADOPTING REPORT AND RECOMMENDATION, (Doc. No. 16);<br><br>(2) GRANTING DEFENDANT'S MOTION TO DISMISS, (Doc. No. 8); AND<br><br>(3) DENYING AND DISMISSING PETITION FOR HABEAS CORPUS, (Doc. No. 1). |

　　　Pending before the Court is Magistrate Judge William V. Gallo's Report and Recommendation ("R&R"), recommending that the Court GRANT Respondent's Motion to Dismiss and DISMISS with prejudice Petitioner Emmanuel Tyrone Bull's Petition for a Writ of Habeas Corpus, (Doc. No. 1). Petitioner was instructed to file written objections to the R&R no later than September 19, 2013, and Respondent was instructed to file written replies on later than October 3, 2013 (Doc. No. 15 at 17.) The parties were further advised that failure to file written objections within the specified time may waive the right to raise such objections on appeal. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a *de novo* determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the finding or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes (1983); *see also United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Here, neither party has timely filed objections to Magistrate Judge Gallo's R&R. Therefore, having reviewed the R&R, the Court finds Magistrate Judge Gallo's analysis is thorough, well reasoned, and contains no clear error. Accordingly, the Court hereby: (1) ADOPTS the R&R in its entirety; (2) GRANTS Respondent's Motion to Dismiss; and (3) DENIES and DISMISSES Bull's Petition for Writ of Habeas Corpus with prejudice. The Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DATED: October 25, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge