UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL TYRONE BULL<br><br>　　　　　Petitioner,<br><br>v.<br><br>DR. JEFFREY BEARD, Warden,<br><br>　　　　　Defendants. | Civil No.13-CV-00592 - AJB - WVG<br><br>ORDER DENYING PETITIONER'S CERTIFICATE OF APPEALABILITY |

　　　On October 25, 2013, this Court issued an opinion and order adopting Magistrate Judge Gallo's Report and Recommendation and denied Emmanuel Tyrone Bull's petition for writ of habeas corpus.  When a district court enters a final order adverse to the applicant in a habeas proceeding, it must either issue or deny a certificate of appealability, which is required to appeal a final order in a habeas proceeding. 28 U.S.C. § 2253(c)(1)(A).  A certificate of appealability is appropriate only where the petitioner makes "a substantial showing of the denial of a constitutional right." *Miller-El v. Cockrell*, 537 U.S.322, 336 (2003).  Under this standard, the petitioner must demonstrate that reasonable jurists could debate whether the petitioner should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. 28 U.S.C. § 2253; *Slack v. McDaniel*, 529 U.S. 473, 474 (2000).  In the

instant case, the Court finds that reasonable jurists could not debate whether the petition should have been resolved differently.

For these reasons, it is ORDERED that Petitioner's request for a certificate of appealability be, and it hereby is, DENIED.

IT IS SO ORDERED.

DATED: November 4, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge